IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | MJ No. 21-mj-4302-DHH |
| ) | |
| AUGUSTINE OSEMWEGIE  ) | |
| ) | |
| Defendant  ) | |

**PROTECTIVE ORDER**

The Court hereby ORDERS as follows:

1. Defendant Augustine Osemwegie (Defendant) and his counsel shall not use or disclose any materials produced by the government in the process of discovery and trial of this matter (the Discovery Materials), unless they are already in the public record, for any purpose other than the defense of this criminal case.  This Order does not prohibit the Defendant or his criminal defense lawyers or their staff from sharing the Discovery Materials for the purpose of preparing witnesses or the defense of this criminal case. However, anyone who receives the documents shall be required to agree to these the terms of this protective order and not use the Discovery Materials or information therein for any purpose other than the defense of this matter. This paragraph does not restrict the Defendants or their counsel from utilizing in any way materials that they obtained independently from the government's production of Discovery Materials.

2. When providing non-public materials received in discovery to an authorized person, counsel for the party providing such materials must inform the authorized person that the materials are provided subject to the terms of this Protective Order and that the authorized person must comply with the terms of this Protective Order.

3. Documents revealing the social security number, bank account or other such

personal identify information of any person or identifying any potential cooperating witness in the matter as such shall be considered "highly confidential" and Defendants shall not make such documents or information public or share it with third parties without redacting the identifying information.

4. Nothing contained in the Protective Order will preclude any party from applying to the Court for further relief or for modification of any provision hereof. This Order also does not preclude the filing of documents received in discovery, or mentioning facts set forth in those documents, with pretrial motions, so long as any personal identifying information is appropriately redacted or provided under seal.

*/s/ David H. Hennessy*
DAVID H. HENNESSY
MAGISTRATE JUDGE
U.S. DISTRICT COURT

DATED: **Sep 17, 2021**